IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17 CR357ERW |
| | ) |
| CAROL DOTSON | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

COMES NOW Kevin C. Curran, First Assistant Federal Public Defender, and requests leave to file defendant's Sentencing Memorandum under seal as it contains personal identifying information.

Respectfully submitted,

/s/ Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Diana Collins, Assistant United States Attorney.

/s/ Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender